| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br><br>Shauna Deluca, Esq. (SD-8248) | Case No.: 19-25158-ABA<br><br>Chapter:  13<br><br>Hearing Date:  October 20, 2020<br><br>Judge: Andrew B. Altenburg Jr.<br><br>*Order Filed on October 20, 2020*<br>*by Clerk*<br>*U.S. Bankruptcy Court*<br>*District of New Jersey* |
| **In Re:**<br><br>Susie L Alston,<br><br>    Debtor. | |

## ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: October 20, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Debtor(s): Susie L Alston
Case No.: 19-25158-ABA
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**
_____

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by U.S. BANK NATIONAL ASSOCIATION, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N, and regarding the following documents:

1. Notice of Mortgage Payment Change filed on August 31, 2020 under Claim No. 7-3 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket.