| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br>Shauna Deluca, Esq. (SD-8248)<br><br>**In Re:**<br><br>Susie L Alston,<br><br>  Debtor. | Case No.: 19-25158-ABA<br><br>Chapter:  13<br><br>Hearing Date:  October 20, 2020<br><br>Judge: Andrew B. Altenburg Jr. |

Order Filed on October 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT**

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: October 20, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Debtor(s): Susie L Alston
Case No.: 19-25158-ABA
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**
_____

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by U.S. BANK NATIONAL ASSOCIATION, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N, and regarding the following documents:

1. Notice of Mortgage Payment Change filed on August 31, 2020 under Claim No. 7-3 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket.

United States Bankruptcy Court

District of New Jersey

In re:  
Susie L Alston  
    Debtor(s)

Case No. 19-25158-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 20, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

**Recip ID    Recipient Name and Address**  
db     + Susie L Alston, 3 Delahaye Rd, Lindenwold, NJ 08021-2917

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:**

**Name    Email Address**

Denise E. Carlon  
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Harold N. Kaplan  
    on behalf of Creditor U.S. Bank National Association As Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-2N hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa  
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa  
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Rebecca Ann Solarz  
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Robert Braverman

| | |
|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 20, 2020 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
| | on behalf of Debtor Susie L Alston rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| Shauna M Deluca | |
| | on behalf of Creditor U.S. Bank National Association  As Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-2N sdeluca@rasflaw.com |
| Sindi Mncina | |
| | on behalf of Creditor U.S. Bank National Association  As Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-2N smncina@rascrane.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9