Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–25158–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susie L Alston
   3 Delahaye Rd
   Lindenwold, NJ 08021

Social Security No.:
   xxx–xx–9951

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           April 22, 2022
Time:              09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*46* – Certification in Opposition to Trustee's Certification of Default (related document:45 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 03/21/2022. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Robert Braverman on behalf of Susie L Alston. (Attachments: # 1 Certificate of Service) (Braverman, Robert)

and transact such other business as may properly come before the meeting.


Dated: March 22, 2022
JAN: lgr

                                                                         Jeanne Naughton
                                                                         Clerk