UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**
Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

**Susie L. Alston**

Debtor(s)'

Case No. 19-25158 (ABA)

Judge: Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow: Debtor's case be and is hereby allowed to continue at $13,091 total receipts applied to plan, then $512 per month for the remaining twenty-two (22) months, commencing November 1, 2022 for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on August 26, 2020 remain in effect.

_____
Robert Braverman, Esquire
Attorney for Debtor

Dated: 10/19/22

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: 10/20/2022

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978