UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert N. Braverman, Esq.
McDowell Law, PC
46 West Main St.
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
rbraverman@mcdowelllegal.com

Order Filed on November 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Susie L. Alston,

                 Debtor.

Case No.: 19-25158-ABA

Chapter: 13

Judge: Altenburg

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 14, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert N. Braverman_____, the applicant, is allowed a fee of $ ___490.00___ for services rendered and expenses in the amount of $___-0-___ for a total of $___490.00___ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___538.00___ per month for _21 remaining_ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Susie L Alston  
    Debtor

Case No. 19-25158-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Nov 14, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Susie L Alston, 3 Delahaye Rd, Lindenwold, NJ 08021-2917 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association As Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-2N hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Robert Braverman | on behalf of Debtor Susie L Alston rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Shauna M Deluca
    on behalf of Creditor U.S. Bank National Association  As Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-2N sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association  As Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-2N smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8