UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                  CASE NO.: 19-25158-ABA

CHAPTER 13

**Susie L Alston,**
   **Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                         Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                         Authorized Agent for Secured Creditor
                         130 Clinton Rd #202
                         Fairfield, NJ 07004
                         Telephone: 470-321-7112

                         By: /s/Kimberly Wilson
                             Kimberly Wilson
                             Email: kimwilson@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on August 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SUSIE L ALSTON
3 DELAHAYE RD
LINDENWOLD, NJ 08021

And via electronic mail to:

MCDOWELL LAW, PC
46 WEST MAIN STREET
MAPLE SHADE, NJ 08052

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                                By: /s/ Emily Cheng