Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.:  19−25158−ABA
    Chapter:  13
    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susie L Alston
   3 Delahaye Rd
   Lindenwold, NJ 08021

Social Security No.:
   xxx−xx−9951

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 4/9/24 at 10:00 AM

to consider and act upon the following:

*71* − Certification in Opposition to Creditor Certification of Default (related document:70 Creditor's Certification of Default (related document:58 Order on Motion For Relief From Stay) filed by Kimberly A. Wilson on behalf of U.S. Bank National Association, As Trustee For Lehman XS Trust Mortgage Pass−Through Certificates, Series 2007−2N. Objection deadline is 03/20/2024. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor U.S. Bank National Association, As Trustee For Lehman XS Trust Mortgage Pass−Through Certificates, Series 2007−2N) filed by Thomas G. Egner on behalf of Susie L Alston. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

Dated: 3/14/24

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court