Order Filed on May 7, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Kimberly A. Wilson, Esquire
NJ Bar 031441997

In Re:

**Susie L Alston,**

    **Debtor.**

Case No.:     19-25158-ABA

Chapter:      13

Hearing Date: April 9, 2024

Judge:        Andrew B. Altenburg Jr.

# ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: May 7, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Secured Creditor: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N

Secured Creditor's Counsel: Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Debtors' Counsel: Robert Braverman

Property Involved ("Collateral"): 3 Delahaye Road, Lindenwold, NJ 08021..

Relief sought:     ■ Certification of Default

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ■ The Debtor has brought the account current subsequent to the filing of the Certification of Default filed on March 6, 2024.

2. Debtor must cure all post-petition arrearages, as follows:

    ■ Beginning on 05/01/2024, regular monthly mortgage payments shall continue to be made in the amount of $1,174.79.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ■ Regular monthly payment:  PHH Mortgage Services
    PO BOX 24781 ATTN: SV 19
    West Palm Beach, FL 33416

4. In the event of Default:
    ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

    ■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of

the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5.      Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $200.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.