UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Andrew B. Finberg, Esquire (AB 1574)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

| | |
|---|---|
| In Re:<br><br>Susie L. Alston<br><br>Debtor(s) | Case No. 19-25158 (ABA)<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>**AMENDED STIPULATION ADJUSTING TRUSTEE PAYMENTS** |

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow: Debtor's case be and is hereby allowed to continue at $21,941.00 total receipts applied to plan, then $900.00 per month for the remaining four (4) months, commencing May 1, 2024 for a total of sixty (60) months. Additionally, a fee application to be filed in the amount of $435.00 pending Court approval.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on August 26, 2020, remain in effect.

Dated:  9/6/2024

*[signature]*

Thomas G Egner, Esquire
Attorney for Debtor

Dated:  9/6/2024

/s/ Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:
P.O. Box 1978
Memphis, TN 38101-1978

Page **2** of **2**