| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Susie L Alston <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9951 <br> EIN   _ _ –_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _ –_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   19–25158–ABA | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Susie L Alston

11/8/24

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-25158-ABA

Susie L Alston                                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                    User: admin                                    Page 1 of 3

Date Rcvd: Nov 08, 2024                            Form ID: 3180W                            Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susie L Alston, 3 Delahaye Rd, Lindenwold, NJ 08021-2917 |
| 518392418 | | 1st Source Advantage, P.O. Box 628, Buffalo, NY 14240-0628 |
| 518392419 | | Boscov Credit, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 518392420 | + | C & H Collections, P.O. Box 1399, Merchantville, NJ 08109-0399 |
| 518392424 | | FCI Lender Services, PO Box 27370, Chambersburg, PA 17202 |
| 518392428 | + | Orchard Bank, Shactner Portnoy, PO Box 20, Lawnside, NJ 08045-0020 |
| 518392430 | | RAS CITRON LAW OFFICES, 130 Clinton Rd #202, Fair Haven, NJ 07704 |
| 518555362 | + | Toyota Motor Credit Corporation, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518392432 | + | United Collections/Cach LLC, P.O. Box 1116, Maumee, OH 43537-8116 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Nov 08 2024 20:43:00 | Kimberly Wilson, Robertson, Anschutz, Schneid Crane et al, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518407896 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2024 20:56:36 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518503186 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2024 20:56:06 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518392421 | + | EDI: SYNC | Nov 09 2024 01:18:00 | Care Credit, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518397493 | + | Email/Text: bankruptcy@cavps.com | Nov 08 2024 20:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518392422 | ^ | MEBN | Nov 08 2024 20:45:16 | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 518392423 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 08 2024 21:15:04 | Credit One Bank, Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518392425 | | EDI: IRS.COM | Nov 09 2024 01:18:00 | IRS, District Director of the IRS, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 518392427 | | Email/Text: govtaudits@labcorp.com | Nov 08 2024 20:44:00 | Lab Corporation of America Holdings, PO Box 2240, Burlington, NC 27216-2240 |

District/off: 0312-1                             User: admin                                    Page 2 of 3
Date Rcvd: Nov 08, 2024                          Form ID: 3180W                                 Total Noticed: 31

| | | | |
|---|---|---|---|
| 518407753 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2024 21:14:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518392429 | EDI: LCIPHHMRGT | Nov 09 2024 01:18:00 | PHH Mortgage, P.O. Box 5452, Mount Laurel, NJ 08054-5452 |
| 518941584 | EDI: LCIPHHMRGT | Nov 09 2024 01:18:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 518495324 | EDI: Q3G.COM | Nov 09 2024 01:18:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518393834 | ^ MEBN | Nov 08 2024 20:45:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518392431 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 08 2024 20:43:00 | Toyota Motor Credit, P.O. Box 9013, Addison, TX 75001-9013 |
| 518439653 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 08 2024 20:43:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518499465 | EDI: LCIPHHMRGT | Nov 09 2024 01:18:00 | U.S. BANK NATIONAL ASSOCIATION, as Trustee, PHH Mortgage, Attn: Bankruptcy Department PO Box 2460, West Palm Beach, FL 33416-4605 |
| 519850112 | + EDI: LCIPHHMRGT | Nov 09 2024 01:18:00 | U.S. BANK NATIONAL ASSOCIATION, as Trustee, PO Box 24781, ATTN: SV 19, West Palm Beach, FL 33416-4781 |
| 519994996 | + Email/Text: RASEBN@raslg.com | Nov 08 2024 20:43:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 518417676 | + Email/Text: RASEBN@raslg.com | Nov 08 2024 20:43:00 | U.S. Bank National Association, As Trustee For Leh, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| cr | *+ | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| cr | *+ | U.S. Bank National Association, As Trustee For Leh, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518392426 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, United States Attorney for the IRS, 970 Broad Street, 5th Floor, Newark, NJ 07102 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2024                    Signature:        /s/Gustava Winters

District/off: 0312-1                              User: admin                                    Page 3 of 3
Date Rcvd: Nov 08, 2024                         Form ID: 3180W                              Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association  As Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-2N hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank National Association  As Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-2N kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank National Association kimwilson@raslg.com |
| Robert Braverman | on behalf of Debtor Susie L Alston rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase. |
| Shauna M Deluca | on behalf of Creditor U.S. Bank National Association  As Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-2N sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sherri R. Dicks | on behalf of Creditor U.S. Bank National Association  As Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-2N sdicks@raslg.com, shrdlaw@hotmail.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association  As Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-2N smncina@raslg.com |
| Thomas G. Egner | on behalf of Debtor Susie L Alston tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13